UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

DANIELLE D FALCO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case 7:26-cv-07129-NSR-VR

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Danielle D Falco, Plaintiff in the above-captioned matter, by and through her undersigned counsel, respectfully files this motion pursuant to Fed. R. Civ. P. 6(b) and requests a 60-day extension of time to file Plaintiff's Motion for Judgment on the Pleadings from November 25, 2026, to January 25, 2027. In addition to the extension request, Plaintiff also requests a page limit extension of up to 35 pages when filing her Motion for Judgment on the Pleadings. Due to the size of the administrative transcript (3,245 pages) and the fact-specific nature of the anticipated legal issues, Plaintiff will require a page limited extension. Opposing counsel, Candace Brown Casey was emailed on November 20, 2026 to determine whether Defendant would consent to the extensions, but Plaintiff has not yet received a response. When Plaintiff receives a response from Opposing counsel, an updated briefing schedule will be submitted in regard to Defendant's Brief deadline and Plaintiff's Reply deadline. In order to adequately address the legal issues for this case, Plaintiff respectfully requests her first extension of time to file a Motion for Judgment on the Pleadings and page-limit extension.

Respectfully Submitted,

/s/ Justin Goldstein
Justin Goldstein, Esq.
Attorney for Plaintiff
Justin Goldstein Law, PLLC
38 Pond Valley Circle
Penfield, NY 14526
315-657-6635
justin@remandssa.com

Plaintiff's requests are **GRANTED**. The deadline for her to file her opening motion is extended to **January 25, 2027**. And Plaintiff's page limit is extended to 35 pages.

By **November 30, 2026**, the parties are directed to submit a proposed revised briefing schedule for Defendant's opposition and Plaintiff's reply.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 8.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/23/2026